IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00028-D

| | |
|---|---|
| RENADA DODSON, | ) |
|     Plaintiff, | ) ) ) ) |
| v. | ) ) ) ) ) ) ) ) | ORDER FOR PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT TO JUSTICE ACT |
| NANCY A. BERRYHILL, Acting Commissioner of, Social Security, | |
|     Defendant. | |

Upon agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,015.19 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Vaughn S. Clauson, and mailed to his office at P.O. Box 110205, Durham, North Carolina 27709, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This __11__ day of May 2018

JAMES C. DEVER III
Chief United States District Judge